J. C. MARCOM, Administrator of JOHN D. RAGLAND v. STATE OF NORTH CAROLINA.

The petition in this case is substantially the same as that in *Cowles* v. *State* at this term, and was filed 23d April, 1894.

*Mr. J. W. Hinsdale*, for petitioner.
*Attorney-General* and *Mr. F. H. Busbee*, for State.

BURWELL, J.: For the reasons stated in *Cowles* v. *The State* at this term, this petition must also be dismissed.